UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MORAND-DOXZON, on behalf of herself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE NORTH COMPANIES SPORTSERVICE, INC., CALIFORNIA SPORTSERVICE, INC., AND DOES 1-100<br><br>Defendants. | Case No.:  20cv1258-DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF PLAINTIFF'S DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION AND SETTING OF CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>**[ECF No. 26]** |

On November 17, 2020, the parties filed a Joint Motion for Continuance of Plaintiff's Deadline to File a Motion for Class Certification and Setting of Class Certification Briefing Schedule.  ECF No. 26.  The parties seek to continue the December 4, 2020 deadline for filing the motion by forty-five days to January 18, 2021.  Id. at 3.  If the motion is granted, the parties propose that Defendants' opposition to the motion be due on February 17, 2021 and Plaintiff's reply on March 3, 2021.  Id.  In support, the parties state that there is a pending motion to amend the complaint that if granted, will add an additional Defendant and Plaintiff to the case who will need to engage in additional discovery.  Id. at 2.  Plaintiff also plans to file a second motion to remand "in the upcoming weeks" and "believes it would be in the best interests

of the Parties and the Court to have this motion ruled on prior to Plaintiff filing her motion for class certification." Id. at 2, 8.  The parties also state that Defendant's Federal Rule of Civil Procedure 30(b)(6) deposition will take place only two weeks before the current class certification motion filing deadline which will not "allow sufficient time for Plaintiff to receive and analyze the transcript for use in support of the motion." Id. at 2.  In further support, the parties state that because the parties only recently reached an agreement regarding Defendants' production of a sample of class records, Plaintiff will need additional time to "obtain the records and submit them to an expert for analysis in support of the motion." Id. at 2-3.

Good cause appearing, the parties' motion is **GRANTED**.  Plaintiff's motion for class certification must be filed on or before **January 18, 2021**.  Defendants must file their opposition to Plaintiff's motion for class certification by **February 17, 2021**.  Plaintiff must file her reply by **March 3, 2021**.  All other deadlines and requirements remain as previously set.  See ECF No. 11.

**IT IS SO ORDERED**.

Dated:  11/20/2020

Hon. Barbara L. Major
United States Magistrate Judge