UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MORAND-DOXZON, on behalf of herself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE NORTH COMPANIES SPORTSERVICE, INC., CALIFORNIA SPORTSERVICE, INC., AND DOES 1-100<br><br>Defendants. | Case No.: 20cv1258-DMS (BLM)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING SAMPLING OF CLASS MEMBER RECORDS**<br><br>**[ECF No. 29]** |

On December 17, 2020, the parties filed a Joint Stipulation Regarding Sampling of Class Member Records. ECF No. 29. Good cause appearing, the Court **GRANTS** the parties' Joint Stipulation.

**IT IS SO ORDERED**.

Dated: 12/17/2020

Hon. Barbara L. Major
United States Magistrate Judge