UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MORAND-DOXZON, on behalf of herself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE NORTH COMPANIES SPORTSERVICE, INC., CALIFORNIA SPORTSERVICE, INC., AND DOES 1-100<br><br>Defendants. | Case No.:  20cv1258-DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF PLAINTIFF'S JANUARY 18, 2021 DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION; AND FEBRUARY 22, 2021 MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 35]** |

On November 17, 2020, the parties filed a Joint Motion for Continuance of Plaintiff's Deadline to File a Motion for Class Certification and Setting of Class Certification Briefing Schedule.  ECF No. 26.  The parties sought to continue the December 4, 2020 deadline for filing the motion by forty-five days to January 18, 2021.  Id. at 3.  The parties proposed that Defendants' opposition to the motion be due on February 17, 2021 and Plaintiff's reply on March 3, 2021.  Id.

On November 27, 2020, the Court issued an Order Granting the parties' joint motion. ECF No. 27.

On January 8, 2021, the parties filed a Joint Motion for Continuance of Plaintiff's January

18, 2021 Deadline to file a Motion for Class Certification; and February 22, 2021 Mandatory Settlement Conference. ECF No. 35. The parties seek to continue the deadline for Plaintiff to file a motion for class certification from January 18, 2021 to March 4, 2021[1] and the Mandatory Settlement Conference ("MSC") from February 22, 2021 to April 23, 2021. Id. at 2. In support, the parties state that there is a pending motion to amend the complaint that if granted, will add an additional Defendant and Plaintiff to the case who will need to engage in additional discovery. Id. at 2. There is also a second motion to remand pending that challenges the Court's jurisdiction and "it is in the best interests of the Parties and the Court to have this motion ruled on prior to Plaintiff filing a motion for class certification." Id. at 2, 8. The parties further state that Plaintiff needs additional time to analyze and submit to an expert discovery that Defendants produced to her on January 8, 2021 before she can submit her motion for class certification. Id. at 2-3. Plaintiff is also waiting for Defendants to produce additional discovery that she requires prior to filing her motion. Id. at 3. Finally, the parties state that the MSC should be continued until after the class certification briefing is completed as it "will allow for a more productive settlement conference and will place the Parties in a better position to evaluate the issues." Id. at 4.

Good cause appearing, the parties' motion is **GRANTED** as follows:

1. Plaintiff's motion for class certification must be filed on or before **March 4, 2021**. Defendants must file their opposition to Plaintiff's motion for class certification by **April 5, 2021**. Plaintiff must file her reply by **April 19, 2021**.

2. The February 22, 2021 MSC is **CONTINUED** to **April 22, 2021** at **9:30 a.m.**

3. No later than **April 12, 2021**, the parties shall submit directly to Magistrate Judge Major's chambers (efile_major@casd.uscourts.gov) confidential settlement statements no more than ten (10) pages in length.

4. No later than close of business on **April 12, 2021**, counsel for each party shall

---

[1] If the motion is granted, the parties propose that Defendants' opposition to the motion for class certification be due on April 5, 2021 and Plaintiff's reply on April 19, 2021. ECF No. 35 at 3.

send an e-mail to the Court at efile_Major@casd.uscourts.gov containing the participant names and contact information for the MSC.

    5.    All other deadlines and requirements remain as previously set.  <u>See</u> ECF Nos. 11 and 32.

**IT IS SO ORDERED**.

Dated:  1/11/2021

Hon. Barbara L. Major
United States Magistrate Judge