UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MORAND-DOXZON, on behalf of herself, all others similarly situated, and on behalf of the general public,<br><br>                          Plaintiff,<br><br>v.<br><br>DELAWARE NORTH COMPANIES SPORTSERVICE, INC., CALIFORNIA SPORTSERVICE, INC., AND DOES 1-100<br><br>                         Defendants. | Case No.: 20cv1258-DMS (BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF: (1) PLAINTIFF'S MARCH 4, 2021 DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION; (2) APRIL 22, 2021 MANDATORY SETTLEMENT CONFERENCE; AND (3) MODIFICATION OF SCHEDULING ORDER DEADLINES**<br><br>**[ECF No. 39]** |

On November 17, 2020, the parties filed a Joint Motion for Continuance of Plaintiff's Deadline to File a Motion for Class Certification and Setting of Class Certification Briefing Schedule. ECF No. 26. The parties sought to continue the December 4, 2020 deadline for filing the motion by forty-five days to January 18, 2021. Id. at 3. The parties proposed that Defendants' opposition to the motion be due on February 17, 2021 and Plaintiff's reply on March 3, 2021. Id. On November 27, 2020, the Court issued an Order Granting the parties' joint motion. ECF No. 27.

On January 8, 2021, the parties filed a Joint Motion for Continuance of Plaintiff's January 18, 2021 Deadline to file a Motion for Class Certification; and February 22, 2021 Mandatory Settlement Conference. ECF No. 35. The parties sought to continue the deadline for Plaintiff to file a motion for class certification from January 18, 2021 to March 4, 2021 and the Mandatory Settlement Conference ("MSC") from February 22, 2021 to April 23, 2021. Id. at 2. The parties proposed that Defendants' opposition to the motion for class certification be due on April 5,

2021 and Plaintiff's reply on April 19, 2021. Id. at 3. On January 11, 2021, the Court issued an Order Granting the parties' joint motion. ECF No. 36.

On February 23, 2021, the parties filed a Joint Motion for Continuance of (1) Plaintiff's March 4, 2021 Deadline to file a Motion for Class Certification; (2) April 22, 2021 Mandatory Settlement Conference; and (3) Modification of Scheduling Order Deadlines. ECF No. 39. The parties seek to continue the (1) deadline for Plaintiff to file a motion for class certification from March 4, 2021 to May 3, 2021, (2) April 22, 2021 MSC to June 21, 2021, and (3) remaining case deadlines by approximately ninety days. Id. at 2. In support, the parties state that (1) Plaintiff's motion for leave to amend is still pending before the Court and, if granted, will add a new Defendant and new Plaintiff requiring the parties to engage in additional discovery, (2) Plaintiff's renewed motion to remand is pending before the Court and it is in the best interest of everyone to have the motion resolved prior to filing a class certification motion, (3) briefing the class certification motion prior to participating in a MSC will allow for a more productive settlement conference, and (4) continuing the remaining deadlines is necessary to allow the Court to rule on Plaintiff's class certification motion which will impact the discovery, motions, and experts that will be necessary. Id. at 2-3.

Good cause appearing, the parties' motion is **GRANTED** as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Motion for Class Certification Filing Deadline | March 4, 2021 | May 3, 2021 |
| Deadline to Oppose Motion for Class Certification | April 5, 2021 | June 2, 2021 |
| Deadline to File a Reply in Support of Class Certification Motion | April 19, 2021 | June 16, 2021 |
| Expert Designation | April 9, 2021 | July 8, 2021 |
| Rebuttal Experts | May 7, 2021 | August 5, 2021 |

| | | |
|---|---|---|
| Expert Disclosures | May 28, 2021 | August 26, 2021 |
| Contradictory/Rebuttal Disclosures | June 18, 2021 | September 16, 2021 |
| Fact Discovery | May 14, 2021 | August 12, 2021 |
| Expert Discovery | July 23, 2021 | October 21, 2021 |
| Pretrial Motions | August 23, 2021 | November 22, 2021 |
| Mandatory Settlement Conference | April 22, 2021 @ 9:30 a.m. | June 23, 2021 @ 9:30 a.m. |
| Emailing MSC Participant Information | April 12, 2021 | June 11, 2021 |
| Confidential Settlement Statement | April 12, 2021 | June 11, 2021 |
| Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) | December 10, 2021 | March 18, 2022 |
| Pretrial Disclosures | December 10, 2021 | March 18, 2022 |
| Meet and Confer | December 17, 2021 | March 25, 2022 |
| Proposed Pretrial Order to Opposing Counsel | December 23, 2021 | April 1, 2022 |
| Lodging of Proposed Pretrial Order | December 31, 2021 | April 8, 2022 |
| Pretrial Conference | January 7, 2022 @ 10:30 a.m. | April 15, 2022 @ 10:30 a.m. |
| Trial | February 7, 2022 @ 9:00 a.m. | May 16, 2022 @ 9:00 a.m. |

All other guidelines and requirements remain as previously set.  ECF Nos. 11, 32.

**IT IS SO ORDERED**.

Dated:  3/2/2021

*Barbara L. Major*
Hon. Barbara L. Major
United States Magistrate Judge